UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LAURA LEE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00031-LCB-SGC |
| ) | |
| WARDEN NEELY, ) | |
| ) | |
| Respondent. ) | |

# MEMORANDUM OPINION

The petitioner, Laura Lee Johnson, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On February 27, 2024, the magistrate judge entered a report recommending the court deny the petition. (Doc. 9). Johnson was advised of her right to file written objections to the Report and Recommendation within 14 days, but the court has not received any objections or other response from Johnson.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. (Doc. 9). Consistent with that recommendation, the court finds Johnson's petition is due to be denied.

A final judgment will be entered.

**DONE** and **ORDERED** March 29, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE